

No. 90–273. COMMISSIONER OF REVENUE OF TENNESSEE *v.* NEWSWEEK, INC.; and COMMISSIONER OF REVENUE OF TENNESSEE *v.* SOUTHERN LIVING, INC., ET AL., 499 U. S. 983;

No. 90–777. HARVEY *v.* UNITED STATES, 498 U. S. 1047;

No. 90–910. WHITCOMBE *v.* WEYERHAEUSER CORP. ET AL., 499 U. S. 959;

No. 90–1215. HEINEMEYER *v.* O'DONNELL, 499 U. S. 975;

No. 90–1383. VERDUGO *v.* CALIFORNIA, 499 U. S. 962;

No. 90–6538. JIMISON *v.* NEVADA, 500 U. S. 906;

No. 90–7093. MOORE *v.* CALIFORNIA, 499 U. S. 982;

No. 90–7385. SLACUM *v.* FRAME, 500 U. S. 909; and

No. 90–7457. WEBSTER *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 500 U. S. 909. Petitions for rehearing denied.

No. 89–7430. ABU-JAMAL *v.* PENNSYLVANIA, 498 U. S. 881 and 993. Motion of petitioner for leave to file second petition for rehearing denied. JUSTICE SOUTER took no part in the consideration or decision of this motion.

JUNE 17, 1991

No. 90–1202. MOORE ET AL. *v.* KELLER INDUSTRIES, INC. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Edmonson* v. *Leesville Concrete Co.*, 500 U. S. 614 (1991). 

No. — – ——. CAMPBELL *v.* SHILLINGER, WARDEN, ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–874. GOLUB *v.* UNIVERSITY OF CHICAGO ET AL. C. A. 2d Cir. Application for stay, addressed to THE CHIEF JUSTICE and referrred to the Court, denied. JUSTICE BLACKMUN took no part in the consideration or decision of this application.

No. A–889. ROGGIO *v.* UNITED STATES. Application for bond, addressed to JUSTICE SCALIA and referred to the Court, denied.